# Third District Court of Appeal
## State of Florida

Opinion filed March 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0133
Lower Tribunal No. 19-11967
_____

**Hilda Rivera, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alexander Bokor, Judge.

Font & Nelson, PLLC, and Frantz C. Nelson (Fort Lauderdale), for appellants.

Link & Rockenbach, P.A., and Kara Rockenbach Link, and Daniel M. Schwarz (West Palm Beach), for appellee.

Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM

Affirmed.